*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff-Appellee,

v

ELLIOTT GUANZALAUS-GWY SHAFFER,

        Defendant-Appellant.

UNPUBLISHED
January 22, 2019

No. 340389
Wayne Circuit Court
LC No. 17-001265-01-FC

Before: LETICA, P.J., and CAVANAGH and METER, JJ.

LETICA, J. (*concurring*).

I concur in the judgment and the majority's analysis, but write separately to make two points. First, although the majority rejects defendant's challenges to the scoring of his guidelines, I would not address them as he was sentenced under the nonbinding judicial guidelines. *People v Mitchell*, 454 Mich 145, 176-177; 560 NW2d 600 (1997) ("There is no juridical basis for claims of error based on alleged misinterpretation of the guidelines, instructions regarding how the guidelines should be applied, or misapplication of guideline variables.") Second, defendant's alleged reasonable mistake about his victim's age is not a defense in a prosecution for third-degree criminal sexual conduct involving a victim between the ages of 13 and 16. *People v Cash*, 419 Mich 230; 351 NW2d 822 (1984).

/s/ Anica Letica